# United States Court of Appeals
## For the First Circuit

No. 99-1378

UNITED STATES,

Plaintiff, Appellee,

v.

LUIS RAUL QUINTANA-AGUAYO; HACIENDA SABANERA-CIUDAD
CABALLISTICA, INC.; THE ROSE INC.,

Appellants,

MILDRED QUINTANA; YOLAMIS QUINTANA;
OMAYRA CARRION-FONTANEZ,

Claimants, Appellees,

HACIENDA SABANERA, ET AL.,

Defendants, Appellees.

————————————

No. 99-2017

UNITED STATES,

Plaintiff, Appellee,

v.

LUIS RAUL QUINTANA-AGUAYO; HACIENDA SABANERA-CIUDAD
CABALLISTICA, INC.,

Appellants,

ROSE INC.; MILDRED QUINTANA; YOLAMIS QUINTANA,

Claimants,

OMAYRA CARRION-FONTANEZ; A) HACIENDA SABANERA,

Appellants,

B) HOTEL D'ROSE, ET AL.,

Defendants.

_____

ERRATA SHEET


The opinion of this Court issued on December 29, 2000 is amended as follows:

On page 11, line three of footnote eight, "appointment" should read "appoint".

On page 11, line five of footnote nine, "on" should be inserted between "opinion" and "the propriety".